**VICTIM**

# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Evgenii Glushchenko**<br>a.k.a Eugenii Glushchenko<br>DOB: xx/xx/1982; Citizen of Russia | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-09484MJ |
| Complaint for violation of Title 18, United States Code § 111(a)(1) and<br>Title 8, United States Code § 1326(a) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>COUNT 1:</u> On or about November 14, 2019, at or near Lukeville, in the District of Arizona, **Evgenii Glushchenko** did intentionally and forcibly assault United States Border Patrol Agent Allen Lively, an officer of the United States, while Agent Lively was engaged in and on account of the performance of his official duties, that is, **Evgenii Glushchenko** intentionally used both of his hands to squeeze and pull the testicles of Agent Lively, in violation of Title 18, United States Code, Sections 111(a)(1).

<u>COUNT 2:</u> On or about November 14, 2019, at or near Lukeville, in the District of Arizona, **Evgenii Glushchenko**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Bangor, Maine on August 19, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about November 14, 2019, Border Patrol Agent (BPA) Allen Lively was assigned to patrol an area located at or near Lukeville, Arizona. BPA Lively responded to a call on the radio about an individual, later identified as **Evgenii Glushchenko**, who was observed on an Integrated Fixed Tower (IFT) camera walking northbound in the desert. BPA Lively eventually located this individual and attempted to arrest him. BPA Lively was not able to handcuff Glushchenko as Glushchenko was fighting to get away. Eventually Glushchenko, while in a crouched or kneeling position, placed both his hands on BPA Lively's duty belt and pulled out his handheld radio. At this time, BPA Lively was in a seated position on the ground. Glushchenko then dropped his hands below BPA Lively's duty belt. Glushchenko used both of his hands to squeeze and pull the testicles of BPA Lively, in violation of Title 18, Section 111(a)(1). BPA Lively fired one round from his handgun, which hit Glushchenko in the upper leg.

Evgenii Glushchenko is a citizen of Russia. On August 19, 2019, Evgenii Glushchenko was lawfully denied admission, excluded, deported and removed from the United States through Bangor, Maine. On November 14, 2019, agents found Evgenii Glushchenko in the United States at or near Lukeville, Arizona, without the proper immigration documents. Evgenii Glushchenko did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: None

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>REVIEWED by AUSA *Julie Sottosanti* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Special Agent, FBI |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE<sup>1)</sup> | DATE<br>November 22, 2019 |

<sup>1)</sup> See Federal rules of Criminal Procedure Rules 3 and 5