MICHAEL BAILEY
United States Attorney
District of Arizona
JESSE J. FIGUEROA
Assistant United States Attorney
Arizona State Bar No. 003938
405 West Congress St.
Tucson, AZ 85701
Telephone: 520.620.7300
Email: jesse.figueroa@usdoj.gov
Attorneys for Plaintiff

CR19-03277 TUC-RM(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Evgenii Glushchenko <br> Aka Eugenii Glushchenko, <br><br> Defendant. | No. <br><br> **INDICTMENT** <br><br> VIO: 8 U.S.C. § 1326(a) <br> (Illegal Reentry) <br><br> 18 U.S.C. § 111(a) <br> (Assault on a Federal Officer) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about November 14, 2019, in the District of Arizona, to wit: at or near Lukeville, Evgenii Glushchenko, aka Eugenii Glushchenko, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Bangor, Maine, on or about August 19, 2019, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

## COUNT 2

On or about November 14, 2019, in the District of Arizona, the defendant, Evgenii Glushchenko a.k.a. Eugenii Gluschenko, did intentionally and forcibly assault United States Border Patrol Agent A.L., an officer of the United States or any agency thereof,

| | |
|---|---|
| 1 | while Agent L. was engaged in or on account of the performance of his official duties, that |
| 2 | is, Evgenii Glushchenko a.k.a. Eugenii Gluschenko intentionally used both hands to |
| 3 | squeeze and pull Agent L's testicles. |

All in violation of Title 18, United States Code, Section 111(a)

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: DEC 1 1 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

Jesse J. Figueroa
Assistant U.S. Attorney