MICHAEL BAILEY
United States Attorney
District of Arizona
JESSE J. FIGUEROA
Assistant U.S. Attorney
Arizona Bar No. 003938
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jesse.figueroa@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Evgenii Glushchenko <br> aka Eugenii Glushchenko, <br><br> Defendant. | CR19-03277-TUC-RM (EJM) <br><br> NOTICE OF CONFESSIONS, ADMISSIONS, AND STATEMENTS PURSUANT TO LOCAL RULE 16.1 |

Now comes the United States of America, by and through its attorneys, Michael Bailey, United States Attorney for the District of Arizona, and Jesse J. Figueroa, Assistant U.S. Attorney, hereby gives notice pursuant to Rule 16.1 of the Rules of Practice of the United States District Court for the District of Arizona, that all confessions, admissions and statements made by the defendants, and provided in disclosure to the defense, may be introduced into evidence at trial. See *United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Respectfully submitted this 12th day of December, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Jesse J. Figueroa*
JESSE J. FIGUEROA

Assistant U.S. Attorney

Copy of the foregoing served
electronically this 12th day of
December, 2019 to:

Jamiel Allen, Esq.
Attorneys for defendant