Exhibit 1A

Ruha Temlock
5726 E. 6th St.
Tucson, AZ 85711

January 12, 2020

Character reference statement

Re: Mr Eugenii Gluschenko

To the Honorable Judge :

My name is Ruha Temlock. I am a volunteer with Casa Mariposa Detention Visitation Program, providing friendship and emotional support to asylum-seekers in detention.

I visited Mr. Eugenii Glushchenko at Eloy Detention Center, in Eloy, AZ, from March to June 2019, and got to know a little about him and his family.

At every visit, Eugenii shared with me how much he cared for, and missed, his wife Ekaterina and baby (who was born while he was in detention), and how he wished to be reunited with them. They were on his mind all the time, and he worried very much for them.

Sincerely,

Ruha Temlock

Exhibit 1B

January 20, 2020

To the Honorable Judge :

I have known Evgenii Glushchenko for over 4 years, we married on 06.28.2018.
He is trustworthy and responsible. He is a friendly individual who's always willing to help others.
I'm renting a house on 4202 w Van Buren St., Phoenix, AZ, 85009. So when he'll be release he can live with me and his baby.

+1 (480) 925 83 06
ea133555@gmail.com


Sincerely, 
Ekaterina Azarova

PAVEL A TCHURSIN
Notary Public - Arizona
Maricopa County
Commission # 563838
My Comm. Expires Jun 13, 2023