MICHAEL BAILEY
United States Attorney
District of Arizona
JESSE J. FIGUEROA
Assistant U.S. Attorney
Arizona Bar No. 003938
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jesse.figueroa@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR19-03277-TUC-RM (EJM) |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION FOR RECONSIDERATION AS TO CONDITIONS OF PRETRIAL RELEASE |
| Evgenii Glushchenko aka Eugenii Glushchenko, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, Michael Bailey, United States Attorney, and Assistant United States Attorney, Jesse J. Figueroa, and moves this court to review the conditions of release previously set in this case for the reasons that the Government had recently learned that the woman who is claimed to be the defendant's wife is not in fact married to the defendant. The claimed wife told United States Border Patrol Agent Ivan Chokan that they intended to marry in Russia but did not have time to do so. Therefore, the government requests a hearing be held before the Court.

///

///

///

1  Respectfully submitted this 25th day of February, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Jesse J. Figueroa*
JESSE J. FIGUEROA
Assistant U.S. Attorney

Copy of the foregoing served
electronically this 25th day of
February, 2020 to:

Jamiel Allen, Esq.
Attorney for defendant

- 2 -