MICHAEL BAILEY
United States Attorney
District of Arizona
JESSE J. FIGUEROA
Assistant United States Attorney
AZ State Bar No.: 003938
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
jesse.figueroa@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Evgenii Glushchenko<br>aka Eugenii Glushchenko<br><br>    Defendant. | CR19-03277-TUC-RM (EJM)<br><br>GOVERNMENT'S RESPONSE TO MOTION FOR RELEASE HEARING |

FACTS

On November 14, 2019, the defendant assaulted a Border Patrol agent while the agent was attempting to arrest the defendant for entering the United States illegally. The agent, fearing injury, was forced to shoot the defendant. (Doc. 1).

On November 25, 2019, the defendant claimed to be too ill to attend his Initial Appearance. The hearing was continued. (Doc. 5).

On December 5, 2019, his Initial Appearance was again continued due to illness. (Doc.7).

On December 11, 2019, the defendant was charged by indictment with illegal reentry I violation of Title 18 U.S.C. 1326(a) and assault on a federal officer in violation of Title 8 U.S.C. 1326 (a). (Doc. 8).

On December 13, 2020, the defendant was unresponsive and his Initial appearance was continued. (Doc. 12).

1    On January 8, 2020, the defendant was ordered detained. (Doc.15)

2    On January 29, 2020, the defendant appealed his detention.

3    On February 12, 2020, Judge Marquez ordered the defendant released on a $2,000 cash bond to the custody of his "wife" Katherine Azarova.

The government later learned that the defendant was in fact not married to Ms. Azarova (who is also in the country illegally). The government moved for a reconsideration of the defendant's release. (Doc. 30).

The hearing on the motion was continued twice - once because of the unavailability of defense counsel and once because of the COVID 19 pandemic. The hearing is now set for May 19, 2020.

On March 24, 2020, the defendant moved this court order the release of the defendant. The defendant argues that the defendant can now meet the release conditions previously set and that he is in danger as a result of the COVID-19 pandemic.

ARGUMENT -

The defense motion should be denied.

The defendant was released based upon fraudulent information that was relayed to the court by the defendant and Azarova through pre-trial services. He therefore has no ties to the community and is a flight risk. The government is in no way asserting that defense counsel knew of the fraud. Moreover, this matter is set for hearing before the District Court Judge Marquez and she is the only one who can say if the fraud was the bedrock of her ruling.

As far as the COVID-19 pandemic is concerned; CORE CIVIC is taking all necessary precautions to insure that the virus does not appear in its facilities. These precautions are working. There has been no outbreak of the virus the facility. The defendant is safer in the facility than he would be if he were out in public.

/// ///

The defense has cited no case holding that the defendant should be released because of the COVID-19 virus. In fact, the law is against him. Regardless of where the defendant is located, he is at risk of contracting the virus. In this regard he is no different than anyone else in the world "…the court cannot release any detainee at risk of catching COVID-19 because the court would be obliged to release every detainee." United States v. Gableman, 2012 WL 1430378 (D.C. Wash. 3/23/2020).

CONCLUSION-

The defense motion must be denied.

Respectfully submitted this 1st day of April, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Jesse Figueroa*

Jesse Figueroa
Assistant U.S. Attorney

COPY of the foregoing served electronically
or by other means this 1st day of April 2020, to:

Jamiel Allen
Attorney for the Defendant