IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY
APR 10 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES OF AMERICA,
          Plaintiff,

vs

Evgenii Glushchenko,
          Defendant.

CASE NO: CR-19-3277-001-TUC-RM-EJM

AFFIDAVIT

RE: APPEARANCE BOND

(CASH SECURITY)

### AFFIDAVIT BY OWNER OF CASH SECURITY

I, Ekaterina Azarova, on oath say that the $2000.00 cash deposited as security on the foregoing bond is owned by me and is to be returned to me upon exoneration of the bond.

I hereby subject said fund to the provisions of LRCrim 46.2 and consent and agree that in the case of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten (10) days, proceed summarily and render judgment against said cash security in accordance with my obligation herein and award execution thereon.

Sworn to and subscribed before me
this 10th day of April, 2020

_____
Signature of Owner
of Cash Security

_____
Signature of Deputy Clerk

RECEIPT NUMBER: 137585

```
Court Name: United States District Court
Division: 4
Receipt Number: TUC031901
Cashier ID: saraiza
Transaction Date: 04/10/2020
Payer Name: EKATERINA AZAROVA
----------------------------------
TREASURY REGISTRY
 For: EVGENII GLUSHCHENKO
 Case/Party: D-AZX-4-19-CR-003277-001
 Amount:         $500.00
TREASURY REGISTRY
 For: EVGENII GLUSHCHENKO
 Case/Party: D-AZX-4-19-CR-003277-001
 Amount:         $500.00
TREASURY REGISTRY
 For: EVGENII GLUSHCHENKO
 Case/Party: D-AZX-4-19-CR-003277-001
 Amount:         $500.00
TREASURY REGISTRY
 For: EVGENII GLUSHCHENKO
 Case/Party: D-AZX-4-19-CR-003277-001
 Amount:         $500.00
----------------------------------
Paper Check Conversion
 Remitter: EKATERINA AZAROVA
 Check/Money Order Num: 19085944517
 Amt Tendered:  $500.00
Paper Check Conversion
 Remitter: EKATERINA AZAROVA
 Check/Money Order Num: 19085944516
 Amt Tendered:  $500.00
Paper Check Conversion
 Remitter: EKATERINA AZAROVA
 Check/Money Order Num: 19085944519
 Amt Tendered:  $500.00
Paper Check Conversion
 Remitter: EKATERINA AZAROVA
 Check/Money Order Num: 19085944518
 Amt Tendered:  $500.00
----------------------------------
Total Due:       $2,000.00
Total Tendered:  $2,000.00
Change Amt:         $0.00


A fee of $53 will be assessed on
all returned remittances
```