**JON M. SANDS**
Federal Public Defender
**JAMIEL ALLEN**
Assistant Federal Public Defender
State Bar No. 024631
407 W. Congress, Suite 501
Tucson, AZ 85701-1310
Telephone: (520) 879-7500
Email: Jamiel_allen@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Evgenii Glushchenko,<br><br>   Defendant. | **CR19-03277-TUC-RM (EJM)**<br><br>**MOTION TO CONTINUE TRIAL AND PLEA DEADLINE**<br><br>**(Unopposed, Fourth Request)**<br><br>In-ICE Custody Defendant |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) will occur as a result of this motion or an order based thereon.

Defendant, Evgenii Glushchenko, by and through counsel, hereby requests a **(90) ninety-day** continuance of the plea deadline scheduled for July 24, 2020 and trial date scheduled for August 11, 2020.

1. In light of the declared national emergency, the difficulty investigating the case and defense work, and for the safety of our client defense counsel needs additional time to investigate this case.

2. Defense counsel needs additional time to determine where Mr. Glushchenko is detained, re-establish communication with Mr. Glushchenko, determine the procedural posture of this case, and prepare for trial if necessary. 18 USC §3161(h)(7)(A) and (B)(iv).

1

3. Additional time is necessary to investigate the facts and circumstances underlying the alleged misconduct in order to prepare for trial with an exercise of due diligence, pursuant to 18 USC §3161(h)(7)(A) and (B)(iv), and to allow continuing negotiations with the goal of reaching a mutually-agreeable non-trial disposition.

4. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial, and denial of this request to continue will result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A), (B)(i).

5. Assistant U.S. Attorney, Jesse Figueroa, has no objection to this request.

RESPECTFULLY SUBMITTED this June 24, 2020.

JON M. SANDS
Federal Public Defender

*s/ Jamiel Allen*
JAMIEL ALLEN
Assistant Federal Public Defender

Copy of the foregoing has been provided
by electronic transmittal via the CM/ECF System:

Jesse Figueroa,
Assistant United States Attorneys

2