ALCOCK & ASSOCIATES, P.C.
Faisal Ullah (Bar No. 020532)
2 N. Central Ave., 26th Floor
Phoenix, Arizona 85004
Telephone: (602) 404-6000
fullah@alcocklaw.com

Attorney for Defendant Evgenii Glushchenko

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | Case No: 4:19-CR-03277-SHR-EJM-1 |
|---|---|
| Plaintiff, | |
| v. | |
| EVGENII GLUSHCHENKO, | **SUBSTITUTION OF COUNSEL OF RECORD WITH CONSENT** |
| Defendant. | |

Pursuant to Local Rule 83.3(b)(2), LRCiv, and Local Rule 57.14, LRCrim, Rules of Practice, Defendant moves for substitution of counsel, Faisal Ullah as attorney of record for Defendant in the place and stead of Jamiel Allen.

Substituting attorney Faisal Ullah, and Defendant have been notified of the status of the case, including dates and times of any court hearings or deadlines.

It is expected that excludable delay under Title 18 USC Sec. 3161 (b) will occur as a result of this Motion.

RESPECTFULLY SUBMITTED this 19th  day of August, 2020.

*/s/ Faisal Ullah*
Faisal  Ullah
Substituting Attorney

<u>Certificate of Service:</u>

I hereby certify that on 08/19/2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Assigned to: Judge Scott H Rash

Referred to: Magistrate Judge Eric J Markovich

Jamiel Allen, *Previous Attorney for Defendant*

**CONSENT BY DEFENDANT**

I, Evgenii Glushchenko, hereby consent to have Attorney Faisal Ullah, substituted as my attorney in the above entitled and number action.

*/s/ Evgenii Glushchenko (with permission)*
Evgenii Glushchenko
Defendant