ALCOCK & ASSOCIATES, P.C.
Faisal Ullah (Bar No. 020532)
2 N. Central Ave., 26th Floor
Phoenix, Arizona 85004
Telephone: (602) 404-6000
fullah@alcocklaw.com

Attorney for Defendant
Evgenii Glushchenko

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>EVGENII GLUSHCHENKO,<br><br>  Defendant. | Case No: 4:19-CR-03277-SHR-EJM-1<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL AND PLEA DEALINE** |

It is expected that excludable delay under 18 U.S.C. §3161(h)(7) will occur as a result of this Motion or an order based thereon. Defense Counsel respectfully requests at least a sixty (60) day continuance of the plea deadline and the January 12, 2021 Trial Date in this matter.

Defense Counsel is informed that Defendant Mr. Gluschenko was deported to Russia, where he was refused entry for reportedly not signing the required paperwork. Defense Counsel is also informed that Defendant Mr. Gluschenko is being transported back to the US and that the Government will attempt to have him transferred to Arizona. It is important to note that a time-served plea offer is available to Defendant Mr. Gluschenko in this matter.

Accordingly, additional time is needed for Defense Counsel to confer with Defendant Mr. Gluschenko and to schedule any change of plea hearing. Once Defendant Mr. Gluschenko is

brought back to the U.S. and should he elect not to accept the offered plea, sufficient time to prepare pretrial motions and prepare for trial will also be required.

The Government, AUSA Jesse Figueroa, is aware of this motion has indicated no objection to the requested extension.

RESPECTFULLY SUBMITTED this 15th day of December, 2020.

**ALCOCK & ASSOCIATES, P.C.**

By: */s/ Faisal Ullah*
     Faisal Ullah
     2 North Central Avenue, 26th Floor
     Phoenix, Arizona  85004

Certificate of Service:

I hereby certify that on 12/15/2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Assigned to: Judge John C Hinderaker
Referred to: Magistrate Judge Eric J Markovich